FRANCIS ALTER, RELATOR v. EDWARD W. SIMPSON OR THE COMMON COUNCIL OF DETROIT.

*Common council—Credentials of aldermen.*

Where the common council is made the final judge as to the election of its members, the Supreme Court cannot review its decision on the facts.

Motion for mandamus, quo warranto or certiorari, to determine relator's right to a seat in the Common Council of

Detroit, claimed by respondent Simpson, whose claim was supported by the Council. Submitted April 26. Denied April 27.

*Maybury & Conely* for the motion.

PER CURIAM. The office in question in this case is that of alderman of the city of Detroit. The question is whether this court can review the decision of the council in determining, upon the facts, that the respondent was elected. On a similar case we have held that we have no power to interfere. *People v. FitzGerald* 41 Mich. 2.